This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**SAL REY SALCIDO,**

Petitioner-Appellee,

v.                                                                  NO.  29,577

**MARCELLA BACA-DORY,**
**formerly MARCELLA JOHNSON,**

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF EDDY COUNTY**
**Jane Shuler Gray, District Judge**

Marek & Francis, P.A.
Jay Lynn Francis
Carlsbad, NM

for Appellee

Marcella Baca-Dory
Rio Rancho, NM

Pro Se Appellant

## MEMORANDUM OPINION

**WECHSLER, Judge.**

Summary reversal in part and remand were proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary reversal in part and remand has been filed, and the time for doing so has expired.

Reversed and remanded.

**IT IS SO ORDERED.**


_____

**JAMES J. WECHSLER, Judge**

**WE CONCUR:**


_____

**CYNTHIA A. FRY, Chief Judge**


_____

**MICHAEL E. VIGIL, Judge**